# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Tina Shaughnessy, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>North American Asset Services, LLC, )<br>doing business as Frontier Financial )<br>Group )<br>)<br>    Defendant, )<br>_____ ) | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 11-1571-PHX-ROS |

\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Notice of Offer of Judgment and the Notice of Acceptance of Offer of Judgment, judgment is entered for Plaintiff, Tina Shaughnessy, and against Defendant North American Asset Services, LLC, in the amount of $1,001.00, together with costs and reasonable attorneys' fees accrued to the date of the offer.  The Complaint and this action are hereby terminated.

 January 19, 2012            BRIAN D. KARTH  
Date                                       District Court Executive/Clerk

                                              s/Elaine Leon  
                                         By,  Deputy Clerk