IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tina Shaughnessy, ) | No. CV-11-1571-PHX-ROS |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| North American Asset Services LLC doing business as Frontier Financial Group & Associates ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff's motion for attorneys' fees and costs (Doc. 25). The Court finds the rate and number of hours reasonable. The Court has considered the benefit of Plaintiff's counsel's streamlined process, the nature of the consumer protection laws, the factors listed in Local Rule 54.2(c)(3), the statutory directive, and the parties arguments in their briefs.

**IT IS ORDERED** the Clerk of the Court shall **STRIKE** Plaintiff's reply **(Doc. 31).**

**IT IS ORDERED** the motion for attorneys' fees **(Doc. 25)** is **GRANTED**. Plaintiff is awarded attorneys' fees and costs in the amount of **$3,214.00.**

DATED this 13th day of June, 2012.

_____
Roslyn O. Silver
Chief United States District Judge